# EXHIBIT A

CompleteCare Health Network
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

CompleteCare HEALTH NETWORK

[redacted]
MELISSA LYSTON
[redacted]
CAPE MAY, NJ 08204-[redacted]
[redacted]

[redacted]

December 15, 2023

**Notice of Data Incident**

*SI DESEA RECIBIR ESTE AVISO EN ESPAÑOL, POR FAVOR MARQUE 856-451-4700, OPCIÓN 7. GRACIAS.*

Dear Melissa Lyston:

CompleteCare Health Network (CCHN) is a non-profit, federally qualified entity that provides primary medical, dental, and counseling services to underprivileged constituents throughout New Jersey, specifically in Cumberland, Gloucester, and Cape May Counties.

We are writing to inform you of an incident that may have exposed your protected health information and personal information. We take the security of your information seriously and want to provide you with information and resources you can use to protect your information.

At present, there is no evidence that any of your personal information has been misused; however, out of an abundance of caution, we are notifying you of this incident and offering you the resources discussed below so that you can take precautionary steps to protect yourself, should you wish to do so.

**What Happened**

On or around October 12, 2023, we detected and stopped a sophisticated ransomware attack, in which an unauthorized third party accessed some of CompleteCare's computer systems. We immediately disconnected the affected systems, initiated our response protocols and engaged third-party forensic specialists to assist us with securing the network environment and investigating the extent of any unauthorized activity, including whether any patient information was accessed.

Our investigation determined that the unauthorized third party may have acquired your personal data during this incident. Please know that we have taken steps to ensure your data will not be further published or distributed. We have also notified, and are working with, federal law enforcement to investigate.

While we have found no evidence that your information has been misused, we are notifying you of this incident and offering you the resources below in an abundance of caution and so that you can take precautionary steps to protect yourself, should you wish to do so.

**What Information Was Involved**

At present, there is no evidence that any of your personal information has been misused; however, the impacted data may have contained your personal information, including your name, phone number, address, social security number, and certain medical-related information.