## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Melissa Lyston, individually and on behalf of all others similarly situated

**Plaintiff**

Case No.: 1:24-cv-00097

*vs.*

**Community Health Care Inc. d/b/a CompleteCare Health Network**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Douglas Osmundsen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/29/2024 at 3:00 PM, I served Community Health Care, Inc d/b/a CompleteCare Health Network c/o Robert Moran, Registered Agent at 14 North Pearl Street, Bridgeton, New Jersey 08302-1906 with the Summons and Class Action Complaint by serving Jean Basa, authorized to accept.

Jean Basa is described herein as:

Gender: Female   Race/Skin: Hispanic   Age: 60   Weight: 160   Height: 5'7"   Hair: Brown/Gray   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

1/29/24
Executed On

Douglas Osmundsen

Client Ref Number: 2001-352
Job #: 1629545

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MELISSA LYSTON,**
*Plaintiff*

V.	**SUMMONS IN A CIVIL CASE**

**COMMUNITY HEALTH CARE, INC.,**
*Defendant*

CASE NUMBER: **1:24−CV−00097−RMB−SAK**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



**ISSUED ON 2024−01−09 11:51:24**, Clerk
USDC NJD